```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                      Civil No. 10-cv-137-SM

<u>William L. Filgate and</u>
<u> Suzanne M. Filgate</u>

<u>ORDER</u>

    Re: Document No. 11, Motion for Order of Sale

    Ruling:  Denied, without prejudice.  The motion fails to comply with Local Rule 7.1(a)(2).  The government has neither filed an adequately supported memorandum of law nor a statement explaining why a supporting memorandum is not necessary.  And, the government has not asserted that relief from the automatic stay has been granted by the Bankruptcy Court, nor has it asserted that its motion falls within an exception to the automatic stay provisions.  See 11 U.S.C. Section 362 (a) (8) and (b)(9).

                                                _____
                                                Steven J. McAuliffe
                                                Chief Judge

Date: March 30, 2011

cc: Nathan L. Strup, Esq.