U.S. DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

OCT 1 1 2012

FILED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 1:10-cv-00137-SM |
| | ) | |
| v. | ) | Chief Judge Steven J. McAuliffe |
| | ) | |
| WILLIAM L. FILGATE, and | ) | |
| SUZANNE M. FILGATE, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff United States of America has moved this Court for entry of an order distributing $1,334.12 in proceeds remaining in the Court's registry from the sale of the real property located at 2 Hollow Spur, Gilford, New Hampshire 03249, in Belknap County, New Hampshire.

IT IS HEREBY ORDERED THAT the motion is granted and $1,334.12 of the sale proceeds shall be distributed to the Internal Revenue Service, as reimbursement for certain costs of the sale paid by it to Adtech Daily Journal Corporation, by check payable to the United States Treasury and directed to:

> Roger P. Sweeney
> Property Appraisal and Liquidation Specialist
> Internal Revenue Service
> 410 Amherst Street, Suite 350
> Nashua, New Hampshire 03063

**IT IS SO ORDERED, ADJUDGED, AND DECREED.**

Dated: October 11, 2012

_____
Steven J. McAuliffe
United States District Judge